

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | | |
|---|---|---|
| LAWRENCE TERRY, | § | |
| | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:25-13233-MGL-PJG |
| | § | |
| IMPORT SPECIALISTS OF COLUMBIA, | § | |
| LLC; OFFICER TREY FELTON; CITY OF | § | |
| COLUMBIA; RICHLAND COUNTY; | § | |
| RICHLAND COUNTY EMERGENCY | § | |
| MEDICAL SERVICES; PRISMA HEALTH | § | |
| RICHLAND HOSPITAL; DONALD | § | |
| MATTINGLY, RN; VINCENT LLOYD, MD, | § | |
| Defendants. | § | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION

Plaintiff Lawrence Terry, who is self-represented, brings this action against the above-listed defendants.

The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting to the Court Terry's motion for a temporary restraining order (TRO) be denied. The Magistrate Judge filed the Report in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court.

*Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on June 17, 2026, but Terry failed to file any objections to the Report.

"[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself . . . there is no clear error on the face of the record . . . to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. It is therefore the judgment of the Court Terry's motion for a TRO is **DENIED**. Further, his motion for a preliminary injunction is **DENIED** for the same reasons his motion for a TRO is denied.

**IT IS SO ORDERED**.

Signed this 13th day of July, 2026, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*
### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.